# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0301. ROBERT EUGENE SIMMONS v. THE STATE.

On April 12, 2023, the trial court entered an order revoking Robert Eugene Simmons's probation. Simmons filed both an application for discretionary review of that order and a direct appeal. We dismissed the discretionary application as untimely. See Case No. A23D0374 (July 12, 2023). This is the direct appeal.[1] We, however, lack jurisdiction.

Our dismissal of Simmons's discretionary application bars further appellate review of the order at issue. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court[.]") (punctuation omitted); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal"). Moreover, Simmons is not entitled to directly appeal the probation revocation order. See OCGA § 5-6-35 (a) (5), (b); *White v. State*,

---

[1] Simmons directed his appeal to the Supreme Court of Georgia, which transferred it here. Case No. S23A1155 (August 21, 2023).

233 Ga. App. 873, 874 (505 SE2d 228) (1998). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  09/27/2023

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*